IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KRISTOPHER PICASO, ID #1746781,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:12-CV-1305-L (BH)** |
| § | |
| **DANIEL WISDON, NICK JULIAN,** § | |
| **AND JOHN-PAUL CABALLERO,** § | |
| § | |
| Defendants. § | |

**ORDER**

    This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 26, 2013, recommending that Plaintiff Kristopher Picaso's ("Plaintiff") claims, under 42 U.S.C. § 1983, against remaining Defendants Daniel Wisdon, Nick Julian, and John-Paul Caballero[*] be dismissed with prejudice on the basis of qualified immunity.  No objections to the Report were received by the court as of the date of this order.  After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** Plaintiff's section 1983 claims against Defendants Daniel Wisdon, Nick Julian, and John-Paul Caballero.

    **It is so ordered** this 21st day of January, 2014.

                                                           Sam A. Lindsay
                                                            United States District Judge

---

[*] Plaintiff's claims against Defendants Captain Lori Compton and Chief Stone were voluntarily dismissed on July 31, 2012.  *See* Doc. 14.

**Order – Solo Page**